■

Elsa Lidia CANENGUEZ–
GIRON, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 03–70704.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 9, 2004.*

Decided Aug. 20, 2004.

Tim Everett, Esq., LAw Office of Tim Everett, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Margaret J. Perry, Jeremiah M. Luongo, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: SCHROEDER, Chief Judge, RAWLINSON and CALLAHAN, Circuit Judges.

MEMORANDUM **

Elsa Lidia Canenguez–Giron, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") decision dismissing her appeal from an immigration judge's denial of her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *INS v. Elias–Zacarias,* 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992), and we deny the petition for review.

The BIA's finding that petitioner failed to establish persecution on account of a protected ground is supported by substantial evidence. *See id.* at n. 1 ("To reverse the BIA finding we must find that the evidence not only *supports* that conclusion, but *compels* it."). Because petitioner failed to establish eligibility for asylum, we also affirm the denial of her application for withholding of removal. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**

■

Zongbiao WEI, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 03–70882.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.